IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Coleman Sr, Christopher M | Case Number: 07 B 18692 |
| | Judge: Squires, John H |
| Printed: 4/29/08 | Filed: 10/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: March 19, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,210.00 | |
| Secured: | | 628.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,445.64 |
| Trustee Fee: | | 136.36 |
| Other Funds: | | 0.00 |
| Totals: | 2,210.00 | 2,210.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 500.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 3,343.00 | 1,445.64 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,361.00 | 0.00 |
| 6. | Gordon & Karr LLP | Secured | 1,540.00 | 128.00 |
| 7. | GMAC Auto Financing | Secured | 27,704.68 | 500.00 |
| 8. | HomEq Servicing Corp | Secured | 6,206.04 | 0.00 |
| 9. | HomEq Servicing Corp | Secured | 1,214.14 | 0.00 |
| 10. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 11. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 12. | M3 Financial Services | Unsecured | 68.70 | 0.00 |
| 13. | Cook County Treasurer | Unsecured | 187.96 | 0.00 |
| 14. | U.S. Department Of Education | Unsecured | 146.24 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 336.26 | 0.00 |
| 16. | Shashona Moore | Priority | | No Claim Filed |
| 17. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 18. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 19. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 20. | American General Finance | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,608.02 | $ 2,073.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman Sr, Christopher M

Printed: 4/29/08

Case Number: 07 B 18692
Judge: Squires, John H
Filed: 10/11/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 35.86 |
| 6.5% | 100.50 |
|  | _____ |
|  | $ 136.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

